1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  MARCUS ANTHONY LOPEZ,              )  Case No.: 1:14-cv-00495 - JLT
                                       )
12           Plaintiff,                )  ORDER DIRECTING PLAINTIFF TO FILE AN
                                       )  AMENDED MOTION TO PROCEED IN FORMA
13       v.                            )  PAUPERIS
                                       )
14  CAROLYN W. COLVIN,                 )
    Acting Commissioner of Social Security, )
15                                     )
             Defendant.                )
16  _____)

17       Marcus Anthony ("Plaintiff") seeks judicial review of an administrative decision denying his

18  claim for Social Security benefits. (Doc. 1.) Plaintiff filed a motion to proceed *in forma pauperis*

19  with his complaint on April 7, 2014. (Doc. 3.)

20       The Court may authorize the commencement of an action without prepayment of fees "but a

21  person who submits an affidavit that includes a statement of all assets such person . . . possesses [and]

22  that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court

23  has reviewed the application and the information provided is insufficient to determine whether Plaintiff

24  satisfies the requirements of 28 U.S.C. § 1915(a).

25       Although Plaintiff reports he is not currently employed, he has not provided any information

26  regarding his last date of employment, or explained that he has never been employed. (Doc. 3 at 1.)

27  According to his application, Plaintiff receives food stamps in the amount of $189.00, but has no cash

28  or savings. (*Id.* at 2.) In addition, Plaintff reports he does nto have any real estate, stocks, bonds,

securities, an automobile, or any other item of value.  (*Id.*)  Consequently, the Court is unable to determine how Plaintiff is supporting himself, or if he is dependent upon another individual who may pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himelf, or his dependence on another.  Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **April 9, 2014**                                       **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE