UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00495- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 17) |

　　　On November 24, 2014, the parties stipulated for Plaintiff to have an extension of time to file his opening brief in this action. (Doc. 17.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 9 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　　The extension of time is **GRANTED**;

　　　2.　　Plaintiff **SHALL** file his opening brief no later than **December 29, 2014**.

IT IS SO ORDERED.

Dated:　**November 26, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1