UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ANTHONY LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:14-cv-00495- JLT<br><br>ORDER GRANTING PLAINTIFF'S SECOND EXTENSION OF TIME<br><br>(Doc. 19) |

On December 26, 2014, the parties filed a stipulation for Plaintiff Marcus Lopez to have an extension of thirty days to his opening brief. (Doc. 19.) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 9 at 4, emphasis added.) This extension was used previously by Plaintiff, who requested an extension of time on November 24, 2014. (Docs. 17-18.) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4.) Therefore, the Court construes the stipulation of the parties to be a motion by Plaintiff for modification of the Court's Scheduling Order.

A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal.

Oct. 9, 2009).  Here, Plaintiff's counsel requests the extension, reporting she recently suffered from "prolonged health problems that caused a backlog in her workload."  (Doc. 19 at 1.)  Defendant does not oppose the request for an extension.  (*See id* at 2).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **January 28, 2015**.

IT IS SO ORDERED.

Dated:   **December 30, 2014**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE