1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11   MARCUS ANTHONY LOPEZ,              )   Case No.: 1:14-cv-00495 - JLT
                                        )
12               Plaintiff,            )   ORDER AWARDING ATTORNEY'S FEES
                                        )   PURSUANT TO THE EQUAL ACCESS TO
13        v.                            )   JUSTICE ACT
                                        )
14   COMMISSIONER OF SOCIAL SECURITY,   )
                                        )
15               Defendant.            )
                                        )
16   _____

17        On November 5, 2015, Plaintiff Marcus Anthony Lopez and Defendant Carolyn Colvin, Acting

18   Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to

19   the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 28)

20        Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** that $5,150.00

21   is **AWARDED** to Plaintiff, Marcus Anthony Lopez, for payment of fees.

22

23   IT IS SO ORDERED.

24      Dated:   **November 16, 2015**            **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                        1